IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR. NO. 07-00104-CG |
| | ) | |
| TITUS JASON BLAXTON, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

This matter is before the court on the United States' Motion for Reduction of Sentence pursuant to Rule 35(b),Federal Rules of Criminal Procedure. (Doc.62).  The United States asks the court to reduce the defendant's sentence by an additional 30% because he continued to provid substantial assistance in the investigation and prosecution of others since the date of his sentencing. The defendant responded, requesting more than the recommended reduction.  The court held a hearing this date and received additional input from the parties.

Upon due consideration of the grounds presented, the court finds that the United States' motion is well taken and hereby **GRANTS** the motion.  Based upon all information presented, the court finds that a reduction of the sentence by an additional 14 months is appropriate.

Therefore, it is **ORDERED** that defendant **TITUS JASON BLAXTON**'s sentence hereby is amended, and his term of imprisonment is reduced from 36 months to **22 months**.  All other terms and conditions of the sentence and judgment remain the same.

**DONE and ORDERED** this 25th day of November, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE